843 A.2d 1222

**CAL HEIDELBERG, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 2, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of February, 2004, the above appeal is quashed for failure to file a conforming jurisdictional statement. Rule 909(d), Pa.R.A.P.